THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARYL LAMAR BERRY,<br><br>              Plaintiff,<br><br>   v.<br><br>WEST SEATTLE POLICE DEPARTMENT, *et al.,*<br><br>              Defendants. | CASE NO. C14-1355-JCC<br><br>ORDER ADOPTING THE REPORT AND RECOMMENDATION |

The Court, having reviewed Plaintiff's Complaint, the Amended Complaint, and the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, to which there has been no objection, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation;

(2) This case is **Dismissed Without Prejudice and counted as a "strike" pursuant to 28 U.S.C. § 1915(g)**; and

(3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

1   DATED this 5th day of December 2014.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING THE REPORT AND
RECOMMENDATION
PAGE - 2